# United States District Court
# District of Massachusetts

STEPHANIE EMMONS,
    Plaintiff,

v.                          CIVIL ACTION NO. 2012-10242-JLT

CAROLYN W. COLVIN,
    Acting Commissioner,
    Social Security Administration,
        Defendant.

## REPORT AND RECOMMENDATION

COLLINGS, U.S.M.J.

On May 7, 2013, the Court issued the following Electronic Order:

> ELECTRONIC ORDER entered. On April 23, 2012, the Court issued an Order directing that the plaintiff serve both the United States Attorney for the District of Massachusetts and the Attorney General of the United States and to file proof of such service. Proof of Service on the Attorney General of the United States has been filed, but to date, no proof of service has been filed with respect to the United States Attorney. Another Order issued on April 24, 2013 requiring that the U.S. Attorney be served and that proof of that service had to be filed by cob on April 24, 2013. No proof of service was filed by that date. The Court, noting that the plaintiff is proceeding *pro se,* shall give the plaintiff one

>more chance. The plaintiff must serve the U.S. Attorney and file proof of service by cob on May 24, 2013 or the Court shall recommend that the case be dismissed. A copy of the within electronic order shall be mailed to plaintiff. (Entered: 05/07/2013)

No proof of service on the United States Attorney was filed by May 24, 2013 or to date. Accordingly, I RECOMMEND that the above-styled case be DISMISSED without prejudice pursuant to Rule 4(m), Fed. R. Civ. P.

The plaintiff is advised that pursuant to Rule 72, Fed. R. Civ. P., if she objects to this recommendation, she must file a specific written objection thereto with the Clerk of this Court within 14 days of her receipt of this Report and Recommendation. The written objections must specifically identify the portion of the recommendation, or report to which objection is made and the basis for such objections. The plaintiff is further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b), Fed. R. Civ. P., shall preclude further appellate review. *See Keating v. Secretary of Health and Human Services,* 848 F.2d 271 (1 Cir., 1988); *United States v. Emiliano Valencia-Copete,* 792 F.2d 4 (1 Cir., 1986); *Scott v. Schweiker,* 702 F.2d 13, 14 (1 Cir., 1983); *United States v. Vega,* 678 F.2d 376, 378-379 (1 Cir., 1982); *Park Motor Mart, Inc. v. Ford Motor Co.,* 616 F.2d 603

(1 Cir., 1980); *see also Thomas v. Arn,* 474 U.S. 140 (1985).

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

June 24, 2013.