UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEPHANIE EMMONS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action  No. 12-10242-JLT |
| | * | |
| CAROLYN W. COLVIN, | * | |
| Acting Commissioner, Social Security | * | |
| Administration, | * | |
| | * | |
| Defendant. | * | |

ORDER

August 6, 2013

TAURO, J.

This court ACCEPTS and ADOPTS the June 24, 2013, Report and Recommendation [#19] of Magistrate Judge Collings.  For the reasons set forth in the Report and Recommendation, this court hereby orders that Plaintiff's Complaint [#1] is DISMISSED WITHOUT PREJUDICE.  This case is CLOSED.


IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge